IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
_____ DIVISION

| | |
|---|---|
| Donna Moyle Page, Individually and as Personal Representative of the Estate of Arthur Curtis Page, II,<br><br>    Plaintiff,<br><br>v.<br><br>Aiken County, Aiken County Sheriff's Office, Michael E. Hunt (Individually and in his Official Capacity as Aiken County Sheriff), Christopher Owens (Individually and in his Official Capacity as Deputy of Aiken County Sheriff's Office/Aiken County), Clay Killian (Individually and in his Official Capacity as County Administrator for Aiken County), and John Does,<br><br>    Defendants. | Civil Action No.: 1:23-4757-MGL-SVH<br><br>(Civil Action No. 2023-CP-02-01614)<br>(Court of Common Pleas)<br><br>**NOTICE OF REMOVAL** |

  The notice of the Defendants/Petitioners Aiken County, Aiken County Sheriff's Office ("ACSO"), Michael E. Hunt (Individually and in his Official Capacity as Aiken County Sheriff), Christopher Owens (Individually and in his Official Capacity as Deputy of Aiken County Sheriff's Office/Aiken County), and Clay Killian (Individually and in his Official Capacity as County Administrator for Aiken County), show unto this Honorable Court:

  1. The above-entitled action was brought in the Court of Common Pleas, County of Aiken, by the Plaintiff to recover from these Defendants judgment as reflected in the first, second, fifth, and sixth causes of action in the Complaint for various deprivations of her federal constitutional rights pursuant to 42 U.S.C. § 1983. *See* Complaint, ¶¶ 1, 20-22, 25, 26, 44, 45, 47, 50, 52, 55, 59, 66-70, 72, 76, and prayer.

  2. Upon information and belief, at the time of the commencement of the action and at all times since then, Plaintiff is the duly appointed Personal Representative of the

Estate of Arthur Curtis Page, II. Plaintiff's decedent was the husband of Plaintiff and Plaintiff brings this action on behalf of the decedent's estate for money damages. *Id*., ¶ 2. Moreover, the most substantial part of the events which give rise to this action occurred in Aiken County, South Carolina. *Id*., ¶ 19.

3. Pursuant to United States Code Ann. 28 U.S.C. § 1331, the District Courts have original jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United States. This action alleges federal questions and/or claims which come within the original jurisdiction of the United States District Court.

4 Upon information and belief, said action was commenced by the service of the Complaint, attached hereto, upon the respective Defendants/Petitioners on or about August 17, 2023, August 23, 2023, and August 25, 2023.

5. Pursuant to the last-served defendant rule codified at 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is filed within thirty (30) days of the receipt by the last-served Defendant of the pleading setting forth the claim for relief in this case.

6. The undersigned attorney of record for these Defendants/Petitioners signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants/Petitioners pray that this Court accept this Notice of Removal which is being filed and that this Honorable Court take jurisdiction of the above-entitled cause and all further proceedings in said cause in the Court of Common Pleas, County of Aiken, State of South Carolina, bearing Civil Action No. 2023-CP-02-01614 be stayed.

*[Signature block on following page]*

*s/ Robert D. Garfield*
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
CROWE LAFAVE GARFIELD & BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.999.1225
robert@crowelafave.com
steve@crowelafave.com

*Counsel for* Defendants/Petitioners Aiken County, ACSO, Hunt, Owens and Killian

Columbia, South Carolina

September 22, 2023

3